IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>SERGIO SOSA,<br><br>          Defendant. | ORDER GRANTING THE GOVERNMENT'S REQUEST FOR MISCELLANEOUS RELIEF<br><br>Case No. 2:20-CR-0073 DS<br><br>Judge David Sam |

    This matter is before the court on the Government's request for miscellaneous relief. The court GRANTS the Government's request and orders that the Memorandum Decision Granting Defendant's Motion for Compassionate Release (ECF 180) and the Order on Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A), (ECF 181) are hereby stayed to allow the Government to submit a response with exhibits. The stay will continue until the government files its response and the court rules on it.

SO ORDERED this  6th  day of December, 2023.

                                          BY THE COURT:

                                          */s/ David Sam*

                                          DAVID SAM<br>
                                          Senior Judge, United States District Court