TRINA A. HIGGINS, United States Attorney (#7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
AHMED ALMUDALLAL, Trial Attorney (NY No. 5090832)
BRIGGS MATHESON, Assistant United States Attorney (#18050)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0073-DS |
|---|---|
| Plaintiff, | **MOTION TO SEAL UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE and EXHIBITS** |
| vs. | **(ECF No. 187)** |
| SERGIO SOSA, | |
| Defendant. | Judge David Sam |

The United States of America moves this Court for an order sealing the government's December 13, 2023, Opposition to Defendant's Motion for Compassionate Release, ECF No. 187, including its exhibits, as the pleading and its exhibits contain confidential medical records. DUCrimR 49.1. The sensitive information described above is interwoven into the government's motion such that redaction of the government's filing is impracticable. Accordingly, the government respectfully moves the Court to permit ECF No. 187, including its exhibits, to remain under seal. A proposed order is attached herewith.

DATED this 13th day of December, 2023.

                                                                     TRINA A. HIGGINS
                                                                     United States Attorney

                                                                   */s/Ruth Hackford-Peer*
                                                                   RUTH HACKFORD-PEER
                                                                   Assistant U.S. Attorney

                                                                   */s/Ahmed Almudallal*
                                                                   AHMED ALMUDALLAL
                                                                   Trial Attorney
                                                                   U.S. Department of Justice Tax Division