IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO SOSA,<br><br>Defendant. | CASE NO. 2:20-CR-0073-DS<br><br>**ORDER GRANTING MOTION TO SEAL UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE and EXHIBITS (ECF No. 187)**<br><br>Judge David Sam |

On December 13, 2023, the Government moved for an order to seal the Government's Opposition to Defendant's Motion for Compassionate Release, ECF No. 187, including its exhibits. For the reasons stated in the Government's motion, the Court GRANTS the motion to seal.

DATED this 14th day of December, 2023.

BY THE COURT

_____
David Sam
United States District Court Judge